Paul Gattone
Arizona Bar No: 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
(520) 623-1922
GattoneCivilRightsLaw@gmail.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cora Waller,<br><br>       Plaintiff,<br><br>vs.<br><br>City of Nogales, et al.,<br><br>       Defendants. | No: 4:22-cv-00244-RCC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |

   Plaintiff, through undersigned counsel, notifies this Court that she has served Plaintiff's Initial Disclosures by emailing a copy to Counsel for Defendants. Dated September 7, 2022

Respectfully submitted this 7th day of September, 2022

                              s/Paul Gattone
                              Paul Gattone
                         .    Law Office of Paul Gattone
                              Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I electronically transmitted the above document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brendan Francis Porter
Wieneke Law Group
1225 W Washington St., Ste. 313
Tempe, AZ 85288
602-753-3612
Email: bporter@wienekelawgroup.com

Kathleen L Wieneke
Wieneke Law Group
1225 W Washington St., Ste. 313
Tempe, AZ 85288
602-715-1868
Email: kwieneke@wienekelawgroup.com

Laura Anne Van Buren
Wieneke Law Group PLC
1225 W. Washington St.
Ste 313
Tempe, AZ 85288
602-715-1868
Email: lvanburen@wienekelawgroup.com

Andrew James Petersen
Humphrey & Petersen PC
6063 E Grant Rd.
Tucson, AZ 85712
520-795-1900
Email: apetersen@humphreyandpetersen.com

/s Paul Gattone
Paul Gattone

2