1  **HUMPHREY & PETERSEN, P.C.**
   6063 E. GRANT ROAD
2  TUCSON, AZ 85712
   TELEPHONE: 520-795-1900
3                                                                                8007-48

   Andrew J. Petersen, State Bar No. 016699
4  Apetersen@humphreyandpetersen.com
   Attorney for Defendant City of Nogales and, Chief Roy Bermudez, Officer Nicholas
5  Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez,
   Jose Pimienta

6

7                       UNITED STATES DISTRICT COURT

8                             DISTRICT OF ARIZONA

9  Cora J. Waller, on her own behalf        )
   and as the personal representative of    )   NO. 4:22-CV-00244-RCC-PSOT
10 the estate of Glen Ray Cockrum, Jr.,     )
                                            )
11              Plaintiff,                  )
                                            )
12 vs                                       )
                                            )   **NOTICE OF SERVICE**
13 City of Nogales (Arizona); Santa Cruz    )
   County (Arizona); Roy Bermudez, in       )
14 in his individual and official capacities;)  (The Hon. Raner C. Collins)
   Joseph Bunting, in his individual        )
15 capacity; Nicolas Acevedo, in his        )
   individual capacity; Guadalupe Villa,    )
16 in his individual capacity; Robert       )
   Gallego, in his individual capacity;     )
17 Mario Lopez, in his individual capacity; )
   Gerardo Batriz, in his individual        )
18 capacity; Jose Pimienta, in his          )
   individual capacity; Jesus Gomez,        )
19 in his individual capacity,              )
                                            )
20              Defendants.                 )
   _____          )
21
        Please take notice that counsel for Defendants have served their First Supplemental
22
   Disclosure Statement on counsel for Plaintiffs by mail on September 21, 2022.
23

24  / / /

25  / / /

DATED this 21st day of September, 2022.

                        HUMPHREY & PETERSEN, P.C.

                        *s/Andrew Petersen*
BY:  _____
       ANDREW PETERSEN
       Attorneys for City of Nogales and Nogales Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
Law Office of Paul Gattone
301 S. Convent
Tucson, AZ 85701
*Attorney for Plaintiff Cora Walker*
gattonecivilrightslaw@gmail.com

Kathleen L. Wieneke
Laura Van Buren
Brendan F. Porter
Wieneke Law Group, PLC
1225 West Washington St. Suite 313
Tempe AZ 85288
*Attorney for Defendant Santa Cruz County*
kwieneke@wienekelawgroup.com
lvanburen@wienekelawgroup.com
bporter@wienekelawgroup.com

*/s/ Andrew Petersen*

H:\MHFILES\8007-48\NOS 1st SDS.wpd