Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
Brendan F. Porter, Bar #034781
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Facsimile: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: bporter@wienekelawgroup.com

*Attorneys for Defendants Santa Cruz County and Bunting*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cora J. Waller, on her own behalf and as the personal representative of the estate of Glen Ray Cockrum, Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Nogales (Arizona); Santa Cruz County (Arizona); Roy Bermudez, in his individual and official capacities; Joseph Bunting, in his individual capacity; Nicolas Acevedo, in his individual capacity; Guadalupe Villa, in his individual capacity; Robert Gallego, in his individual capacity; Mario Lopez, in his individual capacity; Gerardo Batriz, in his individual capacity; Jose Pimienta, in his individual capacity; Jesus Gomez, in his individual capacity; <br><br> Defendants. | NO: 4:22-cv-00244-RCC <br><br> **INITIAL JOINT SETTLEMENT STATUS REPORT** |

As required by the Court's Case Management Order (doc. 19), the parties hereby provide the Court with this Initial Joint Settlement Status Report.

This case is in its early stages. The parties have exchanged initial disclosure statements and exhibits and have conducted an inspection of the subject vehicle in this case. The deadline for Plaintiff to amend her Complaint is today. As such, the parties are still engaging in preliminary factfinding and discovery. The parties are unable to assess the

prospects of settlement at this time, and therefore have not conducted settlement negotiations.

DATED this 9th day of November, 2022.

WIENEKE LAW GROUP, PLC

By: /s/ Brendan F. Porter
Kathleen L. Wieneke
Laura Van Buren
Brendan F. Porter
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Santa Cruz County and Bunting*

and

LAW OFFICE OF PAUL GATTONE

By: /s/ Paul Gattone (with permission)
Paul Gattone
301 S. Convent
Tucson, AZ 85701
*Attorneys for Plaintiff*

and

HUMPHREY & PETERSEN, P.C.

By: /s/ Andrew J. Petersen (with permission)
Andrew J. Petersen
6063 E. Grant Road
Tucson, Arizona 85712
*Attorney for Defendant City of Nogales, Chief Roy Bermudez, Officer Nicholas Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez, and Jose Pimienta*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
*Attorneys for Plaintiff*

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson, Arizona 85712
*Attorney for Defendant City of Nogales, Chief Roy Bermudez, Officer Nicholas Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez, and Jose Pimienta*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren R. Pyper*