Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
Brendan F. Porter, Bar #034781
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Facsimile: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: bporter@wienekelawgroup.com

*Attorneys for Defendants Santa Cruz County and Bunting*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cora J. Waller, on her own behalf and as the personal representative of the estate of Glen Ray Cockrum, Jr., <br><br> Plaintiff, <br><br> v. <br><br> City of Nogales (Arizona); Santa Cruz County (Arizona); Roy Bermudez, in his individual and official capacities; Joseph Bunting, in his individual capacity; Nicolas Acevedo, in his individual capacity; Guadalupe Villa, in his individual capacity; Robert Gallego, in his individual capacity; Mario Lopez, in his individual capacity; Gerardo Batriz, in his individual capacity; Jose Pimienta, in his individual capacity; Jesus Gomez, in his individual capacity; <br><br> Defendants. | NO: 4:22-cv-00244-RCC <br><br> **DEFENDANTS' JOINDER OF NON-PARTY AT FAULT** |

Defendants Santa Cruz County and Bunting join the Notice of Non-Party at Fault (Doc. 32) filed by Defendants City of Nogales and officers of the Nogales Police Department. Defendants Santa Cruz County and Bunting will argue at trial that Decedent is wholly at fault for the injuries Plaintiff alleges form the basis for her state law claims. *See Gibson v. Boyle*, 679 P.2d 535 (Ariz. Ct. App. 1983).

DATED this 21ˢᵗ day of November, 2022.

                    WIENEKE LAW GROUP, PLC

        By:   */s/ Brendan F. Porter*
                  Kathleen L. Wieneke
                  Laura Van Buren
                  Brendan F. Porter
                  1225 West Washington Street, Suite 313
                  Tempe, Arizona 85288
                  *Attorneys for Defendants Santa Cruz County and Bunting*

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Paul Gattone<br>LAW OFFICE OF PAUL GATTONE<br>301 S. Convent<br>Tucson, AZ 85701<br>*Attorneys for Plaintiff* | Andrew J. Petersen<br>HUMPHREY & PETERSEN, P.C.<br>6063 E. Grant Road<br>Tucson, Arizona 85712<br>*Attorney for Defendant City of Nogales, Chief Roy Bermudez, Officer Nicholas Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez, and Jose Pimienta* |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:     */s/ Lauren R. Pyper*

3