Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
Brendan F. Porter, Bar #034781
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Facsimile: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: bporter@wienekelawgroup.com

*Attorneys for Defendants Santa Cruz County and Bunting*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J. Waller, on her own behalf and as the personal representative of the estate of Glen Ray Cockrum, Jr., | NO: 4:22-cv-00244-RCC |
| Plaintiff, | **SECOND JOINT SETTLEMENT STATUS REPORT** |
| v. | |
| City of Nogales (Arizona); Santa Cruz County (Arizona); Roy Bermudez, in his individual and official capacities; Joseph Bunting, in his individual capacity; Nicolas Acevedo, in his individual capacity; Guadalupe Villa, in his individual capacity; Robert Gallego, in his individual capacity; Mario Lopez, in his individual capacity; Gerardo Batriz, in his individual capacity; Jose Pimienta, in his individual capacity; Jesus Gomez, in his individual capacity; | |
| Defendants. | |

As required by the Court's Case Management Order (doc. 19), the parties provide the Court with this Second Joint Settlement Status Report. The parties are still engaged in discovery. Additionally, with Plaintiff's Motion to Amend the Complaint (Doc. 30) still pending, the parties agree that settlement discussions are premature. The parties may request the Court refer this matter to a Magistrate Judge for a settlement conference at a later date.

1

2          DATED this 8th day of February, 2023.

3                                         WIENEKE LAW GROUP, PLC

4                              By:    /s/ Brendan F. Porter
5                                     Kathleen L. Wieneke
                                      Laura Van Buren
6                                     Brendan F. Porter
                                      1225 West Washington Street, Suite 313
7                                     Tempe, Arizona 85288
                                      *Attorneys for Defendants Santa Cruz County and*
8                                     *Bunting*

9
                                      and
10

11                                    LAW OFFICE OF PAUL GATTONE

12                             By:    /s/ Paul Gattone (with permission)
13                                    Paul Gattone
                                      301 S. Convent
14                                    Tucson, AZ 85701
                                      *Attorneys for Plaintiff*
15

16                                    and

17                                    HUMPHREY & PETERSEN, P.C.

18
                               By:    /s/ Andrew J. Petersen (with permission)
19                                    Andrew J. Petersen
20                                    6063 E. Grant Road
                                      Tucson, Arizona 85712
21                                    *Attorney for Defendant City of Nogales, Chief*
                                      *Roy Bermudez, Officer Nicholas Acevedo,*
22                                    *Gerardo Batriz, Guadalupe Villa, Robert*
                                      *Gallego, Jesus Gomez, Mario Lopez, and Jose*
23                                    *Pimienta*

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
*Attorneys for Plaintiff*

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson, Arizona 85712
*Attorney for Defendant City of Nogales,*
*Chief Roy Bermudez, Officer Nicholas*
*Acevedo, Gerardo Batriz, Guadalupe*
*Villa, Robert Gallego, Jesus Gomez,*
*Mario Lopez, and Jose Pimienta*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*

3