| | |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| | Laura Van Buren, Bar #031669 |
| 2 | Brendan F. Porter, Bar #034781 |
| | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
| | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
| | Facsimile: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
| | Email: lvanburen@wienekelawgroup.com |
| 6 | Email: bporter@wienekelawgroup.com |

*Attorneys for Defendants Santa Cruz County and Bunting*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J. Waller, on her own behalf and as the personal representative of the estate of Glen Ray Cockrum, Jr., | NO: 4:22-cv-00244-RCC |
| Plaintiff, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| City of Nogales (Arizona); Santa Cruz County (Arizona); Roy Bermudez, in his individual and official capacities; Joseph Bunting, in his individual capacity; Nicolas Acevedo, in his individual capacity; Guadalupe Villa, in his individual capacity; Robert Gallego, in his individual capacity; Mario Lopez, in his individual capacity; Gerardo Batriz, in his individual capacity; Jose Pimienta, in his individual capacity; Jesus Gomez, in his individual capacity; | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants Santa Cruz County and Bunting have served the following discovery via electronic mail, to all counsel of record on this date:

1. Defendants' Second Supplemental Disclosure Statement.

///

///

///

DATED this 3rd day of March, 2023.

                WIENEKE LAW GROUP, PLC

By: */s/ Brendan F. Porter*
     Kathleen L. Wieneke
     Laura Van Buren
     Brendan F. Porter
     1225 West Washington Street, Suite 313
     Tempe, Arizona 85288
     *Attorneys for Defendants Santa Cruz County and Bunting*

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
*Attorneys for Plaintiff*

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson, Arizona 85712
*Attorney for Defendants City of Nogales, Chief Roy Bermudez, Officer Nicholas Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez, and Jose Pimienta*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*