# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J Waller, | No. CV-22-00244-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

In compliance with the Court's Scheduling Order (Doc. 19), the parties have notified the Court that they have a discovery dispute that cannot be resolved. Accordingly,

**IT IS ORDERED** that, on or before **Monday, April 24, 2023**, the parties shall file motions of no longer than 3 pages outlining the discovery dispute and the party's proposed resolution to the dispute. No responses or replies shall be permitted unless otherwise ordered by the Court.

Dated this 17th day of April, 2023.

Honorable Raner C. Collins
Senior United States District Judge