Paul Gattone
Arizona Bar # 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
(520) 623-1922
*Attorney for Plaintiff*

# IN THE FEDERAL DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J. Waller,<br><br>  Plaintiff,<br><br>v.<br><br>City of Nogales, et al.,<br><br>  Defendants. | Case No. 4:22-cv-00244-RCC<br><br>**PLAINTIFF'S POSITION STATEMENT REGARDING DEFENDANT SANTA CRUZ COUNTY AND BUNTING'S MOTION RE: DISCOVERY DISPUTE** |

**II.   INTERROGATORIES**

- <u>Interrogatory One:</u> Plaintiff's response has been edited to clarify that the cell phone possessed by Mr. Cockrum is being sent to Plaintiff's attorney for data extraction. Plaintiff understands Defendants' desire to know decedent's activities during the final 72 hours of his life. To that end, Plaintiff provided a signed release that authorizes decedent's former employer to release information. It is expected that the former employer possesses details sought by Defendants regarding the final 72 hours of

1

decedent's life. Finally, another electronic device containing responsive documents was destroyed in the incident giving rise to this suit. Defendants are aware of this.

- Interrogatory Two: In January 2023, Plaintiff provided a detailed, 526-word response to Interrogatory No. 2. Plaintiff is amending her response to explain that she cannot locate one detail sought as part of this interrogatory: the degree of decedent's financial support to Plaintiff during the final ten years of his life.

**III.   REQUEST FOR ADMISSION NO. 2**

Plaintiff acknowledges that she has neither admitted nor denied RFA #2 prior to now. Plaintiff previously amended her responses to Defendants' RFAs, admitting items that had been previously denied or objected to. Plaintiff is amending her responses one more time to deny RFA # 2. Plaintiff is explaining the basis of her denial, and remains willing to admit a slightly re-worded version of RFA #2 that better reflects the nature of the bullet in question.

**IV.   REQUESTS FOR PRODUCTION**

- Request for Production No. 6: Plaintiff is amending her response to clarify that she is mailing decedent's cell phone from Arkansas to Arizona. Plaintiff's counsel is willing to retain the services of a technologist (sometimes called a forensic expert) to extract all data from the phone, including messages between decedent and Plaintiff.

- Request for Production No. 7: Plaintiff is amending her written response to reflect that after a thorough investigation, Plaintiff could not locate written documentation of three instances that she recalls receiving a money transfer from the decedent.

Plaintiff's counsel has decided to amend the portion of her initial disclosures addressing the calculation of damages. While Plaintiff still pursues various categories of economic and non-economic damages, she no longer claims economic damages based on lost income from her deceased son.

- <u>Request for Production No. 9</u>: Plaintiff acknowledges that she has yet to produce the tax returns. They were not located in decedent's papers. As noted in response to No. 7, Plaintiff is adjusting her initial disclosures to reflect that she is no longer measuring her damages to include lost wages. Nevertheless, Plaintiff will provide an executed IRS Form 4506, authorizing the release of decedent's tax returns.

## V.   MILITARY RELEASE FORM

Plaintiff acknowledges that she has yet to provide a completed Form SF-180. Defense counsel first requested this in an informal email on April 25, 2023. Despite the informal nature of the request, Plaintiff is agreeing to execute the SF-180 and provide it to Defendants.

## CONCLUSION

Plaintiff's counsel has diligently worked with Defendants' counsel to obtain all records and information requested. Plaintiff acknowledges that the end of the discovery period is quickly approaching. To that end, in a separate filing, Plaintiff will be requesting an extension of discovery to ensure that Defendants receive everything needed prior to close of discovery.

3

Respectfully submitted this 19th day of May, 2023 by:

/s Paul Gattone
Paul Gattone
Arizona Bar # 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
Email: GattoneCivilRightsLaw@gmail.com
(520) 623-1922
*Attorney for Plaintiff Cora Waller*

ORIGINAL transmitted this 19th day of May, 2023, via EM/ECF, to:

Brendan F. Porter
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Attorneys for Defendants Santa Cruz County and Bunting

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson, Arizona 85712
Attorney for Defendant City of Nogales, Chief Roy Bermudez, Officer Nicholas Acevedo, Gerardo Batriz, Guadalupe Villa, Robert Gallego, Jesus Gomez, Mario Lopez, and Jose Pimienta

4