# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J Waller, | No. CV-22-00244-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

Pending before the Court is Defendants Joseph Bunting and Sheriff Hathaway's Motion to Exceed Page Limits. (Doc. 73.) Having reviewed the Motion, and good cause appearing,

**IT IS ORDERED** that the Motion to Exceed Page Limits is **GRANTED**. (Doc. 73.) Defendants Bunting and Hathaway may file a motion for summary judgment of 30 pages.

Dated this 8th day of August, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge