IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cora J Waller,<br><br>            Plaintiff,<br><br>v.<br><br>City of Nogales, et al.,<br><br>            Defendants. | No. CV-22-00244-TUC-RCC<br><br>**ORDER** |

   Plaintiff sought, and the Court granted, permission to file an electronic exhibit regarding the pending motions. (Docs. 84, 86.) The Court is not in receipt of any such electronic exhibit. Accordingly,

   **IT IS ORDERED** that Plaintiff shall provide an electronic copy of the exhibit referenced in her Motion (Doc. 84) to the Court within seven (7) days of this Order.

   Dated this 24th day of January, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge